JAMES CONLAN, SR., as Guardian ad Litem of JAMES CONLAN, JR., an Infant, Respondent, v. TURN VEREIN OF BROOKLYN, EASTERN DISTRICT, Appellant.—

Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.